JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GEETA ARIAN, <br>     Plaintiff, <br><br> v. <br><br> MICHELLE KING, <br> Acting Commissioner of Social Security, | Case No. . 2:24-cv-06438-DFM <br><br> **JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

**IT IS SO ORDERED.**

Dated:  January 31, 2025  _____
THE HONORABLE DOUGLAS F. McCORMICK
U.S. MAGISTRATE JUDGE

-1-